*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided July 3, 1997

## JOSEPH PEABODY *v.* CITY OF SHELTON

The plaintiff's petition for certification for appeal from the Appellate Court, 45 Conn. App. 913 (AC 16501), is denied.

*William J. Curran*, in support of the petition.

*Mattias J. DeAngelo*, in opposition.

Decided July 3, 1997

## ANDREW BURNHAM *v.* JOHN CARR

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 914 (AC 16515), is denied.

*Neil R. Marcus*, in support of the petition.

*Margaret Fogerty Rattigan*, in opposition.

Decided July 3, 1997

## STATE OF CONNECTICUT *v.* ERIC AMADO

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 348 (AC 15176), is granted. The case is remanded to the Appellate Court for reconsideration in light of *State* v. *Johnson*, 241 Conn. 702 (1997).

MCDONALD, J., dissenting. I dissent from the majority's decision to remand the case to the Appellate Court